**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| 1443 CHAPIN STREET, LP,<br><br>    Plaintiff/Counter-Defendant,<br><br>  v.<br><br>PNC BANK, N.A.,<br><br>    Defendant/Counter- and Third-Party<br>    Plaintiff,<br><br>  v.<br><br>STEVEN F. SCHWAT,<br><br>    Third-Party Defendant. | Civil Action No. 08-1532 (CKK) (JMF) |

**ERRATA CORRECTING THE COURT'S**
**[146] MEMORANDUM OPINION DATED SEPTEMBER 14, 2011**
(October 26, 2011)

In order to correct a typographical error, it is, this 26th day of October, 2011, hereby

**ORDERED** that the Court's [146] Memorandum Opinion dated September 14, 2011

shall be corrected as follows, with the required corrections set forth in bold italics:

> Page 28, n.18 shall be corrected to read: "This does not necessarily mean that
>
> ***Chapin Street*** is forever excused from repaying the amounts due on the loan.  If,
>
> for example, Chapin Street is entitled to specific performance, it will have to
>
> perform its side of the agreement."

**SO ORDERED.**

_____/s/_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge